IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL L. VAN BLARICOM and
LIZABETH A. CASPER,

    Plaintiffs,

v.

OFFICER ADAM BRUNCLIK,
OFFICER JON FICK, LT. RAYMOND
PARR, OFFICER RON AMBROZAITIS
and, MARK PETERSON, all in their
individual capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-12-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Adam Brunclik, Jon Fick, Raymond Parr, Ron Ambrozaitis and Mark Petersen granting their motion to dismiss.

By: *[signature]* Lynn Kamla, Deputy Clerk      4-29-13

Peter Oppeneer, Clerk of Court      Date